**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1099**

SYLESTER O. OKERE, Authorized Representative for Sylvester
O. Okere,

              Plaintiff - Appellant,

        v.

MELVIN C. HIGH; JOHN DOE 1,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:16-cv-02152-DKC)

Submitted:  March 30, 2017          Decided:  April 4, 2017

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sylester O. Okere, Appellant Pro Se.  Jason L. Levine, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvester O. Okere appeals the district court's order denying his motion for default and granting the Defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Okere v. High, No. 8:16-cv-02152-DKC (D. Md. Dec. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED